**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed July 13, 2023.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-23-00226-CV

_____

## IN RE 242 PUB & GRILL, INC.; NANETTE HOLLOWAY; ALBS ENTERPRISES, LLC; AND ANTHONY SHORROSH, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-44250**

## MEMORANDUM OPINION

On April 7, 2023, relators 242 Pub & Grill, Inc.; Nanette Holloway; ALBS Enterprises, LLC; and Anthony Shorrosh filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable Tanya Garrison, presiding judge of the 157th District Court of Harris County, to vacate the trial

court's February 14, 2023 order denying relators' motion for leave to designate responsible third party.

On April 25, 2023, relators notified the Court by letter that the parties had entered into a mediated settlement agreement of the underlying litigation. The mediated settlement agreement renders relators' request for relief in this original proceeding moot.

Accordingly, we dismiss relators' petition for writ of mandamus as moot.


PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.